IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 08-cr-00534-PAB-1

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  ANTWANE DESHON TAYLOR,

     Defendant.
_____

**MEMORANDUM REGARDING DEFENDANT'S MOTION TO REDUCE SENTENCE**
_____

     Defendant Antwane Deshon Taylor has filed an 18 U.S.C. § 3582(c)(2) Motion to Reduce Sentence and Joint Position Statement Regarding Eligibility and Relief [Docket No. 40]. The United States does not oppose the motion. The motion is made pursuant to 18 U.S.C. § 3582(c)(2), which allows a court to reduce the term of imprisonment for a defendant whose sentencing range has subsequently been lowered by the United States Sentencing Commission ("Commission"). On June 30, 2011, the Commission voted to give retroactive effect to its proposed permanent amendment to the sentencing guidelines that implements the Fair Sentencing Act of 2010. The effect of this amendment is to lower the sentencing range for defendants convicted of crack cocaine offenses.

     The Court makes the following findings and conclusions:

     1.  At the original sentencing hearing in this case on June 5, 2009, the Court found that the base offense level based on the Drug Quantity Table was 32, the total

offense level was 31, and the defendant's criminal history category was III, resulting in a guideline sentencing range of 135 months to 168 months imprisonment. The Court imposed a sentence of 135 months imprisonment.

2. The Probation Department has prepared an Addendum to the presentence investigation report dated December 21, 2011, wherein the Probation Department determines that, based on 162.29 grams of cocaine base, the defendant's base offense level is reduced to 28 and his total offense level is reduced to 27. Docket No. 42. With a criminal history category of III, the defendant's amended guideline sentencing range is 87 to 108 months imprisonment. *Id*. However, due to the statutory minimum sentence being imprisonment for 120 months, the guideline sentence is 120 months imprisonment. The defendant's motion contains the same calculation. Docket No. 40 at 3.

3. Neither the defendant nor the United States has asked for a resentencing hearing.

4. Section 3582(c) of Title 18 states that

> in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission . . . the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

Both the government and the defendant agree that the defendant was originally sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission.

5.  Consistent with 18 U.S.C. § 3582(c)(2), the Court is to consider the factors set forth in 18 U.S.C. § 3553(a) in determining: (a) whether a reduction in the defendant's term of imprisonment is warranted; and (b) the extent of such a reduction, but only within the limits described in subsection § 1B1.10(b).  In addition, the Court is to consider (1) public safety (the nature and seriousness of the danger to any person or the community that may be posed by a reduction in the defendant's term of imprisonment) and (2) post-sentencing conduct (the conduct of the defendant that occurred after imposition of the original term of imprisonment).

6.  Mr. Taylor requests that the Court sentence him to 120 months imprisonment. The United States does not object to such sentence.

7.  After considering the factors set forth in 18 U.S.C. § 3553(a), the factors set forth in Paragraph 5 above, and the December 21, 2011 addendum to the presentence investigation report, the Court determines that it is appropriate to sentence the defendant to 120 months imprisonment.  A separate order will be entered granting the defendant's motion.

DATED January 31, 2012.

BY THE COURT:


 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge